# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,859,458**

**Registered Oct. 12, 2010**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GEOFFREY, LLC (DELAWARE LIMITED LIABILITY COMPANY)
ONE GEOFFREY WAY
WAYNE, NJ 07470

FOR: RETAIL STORE AND ON-LINE RETAIL STORE SERVICES ALL FEATURING TOYS, GAMES, PLAYTHINGS, NATURAL WOODEN TOYS, NATURAL PLUSH ANIMALS, ORGANIC COTTON DOLLS, DOLLS, DOLL HOUSES, DOLL ACCESSORIES, DOLL HOUSE FURNITURE, FURNITURE, CLOTHING, BABY CLOTHING, CHILDREN'S CLOTHING, MATERNITY CLOTHING, OUTDOOR TOYS, PLAY SETS, SANDBOXES, PLAY SWIMMING POOLS, SWIMMING AIDS, POOL RINGS, LIFE JACKETS AND ARM FLOATS FOR RECREATIONAL USE, OUTDOOR PLAY SETS, SPORTING GOODS AND EQUIPMENT, ROLLER SKATES, IN-LINE SKATES, TOY CARS, TOYS TRUCKS, TOY AIRPLANES, TOY VEHICLE PLAY SETS, TOY RACE TRACKS, TOY ACTION FIGURES AND PLAY SETS, TOY ACTIVITY TABLES FOR CHILDREN WITH STORAGE, TOY BOXES, BOARD GAMES, HAND-HELD ELECTRONIC GAMES, PUZZLES, DOLLS, DOLL ACCESSORIES, PLUSH TOYS, EDUCATIONAL TOYS, MICROSCOPES, TELESCOPES, BINOCULARS, SCIENCE EXPERIMENT KITS, NATURE KITS, MAGIC SETS, REMOTE CONTROL VEHICLES AND TOYS; RETAIL STORE AND ON-LINE RETAIL STORE SERVICES ALL FEATURING DRESS-UP SETS, HALLOWEEN COSTUMES, BOOKS, CASSETTES, VIDEOS, CDS, DVDS, PORTABLE DIGITAL MEDIA PLAYERS, MUSICAL INSTRUMENTS, TOY MUSICAL INSTRUMENTS AND MICROPHONES, COMPUTERS, TOY COMPUTERS, EDUCATIONAL COMPUTERS, COMPUTER AND VIDEO GAMES, COMPUTER AND VIDEO GAME CONSOLES AND ACCESSORIES, HOME AND CAR ELECTRONICS, BABY SAFETY ITEMS, BABY MONITORS, HUMIDIFIERS, VAPORIZERS, BABY FOOD AND FORMULA, FOOD, BEVERAGES, AND UTENSILS; RETAIL STORE AND ON-LINE RETAIL STORE SERVICES ALL FEATURING DIAPERS, MEDICINE, SKIN AND HAIR CARE PRODUCTS, BEDDING AND ROOM DECOR, BABY FURNITURE, CHILDREN'S FURNITURE, ADULT FURNITURE, ROCKING CHAIRS, LAMPS, LIGHT FIXTURES, SAFETY GATES, SAFETY NIGHT LIGHTS, REAR VIEW MIRROR ATTACHMENTS, CAR SEATS, HIGH CHAIRS, STEP STOOLS, BOOSTER SEATS, CARRIAGES AND STROLLERS, RETAIL STORE AND ON-LINE RETAIL STORE SERVICES ALL FEATURING BICYCLES, TRICYCLES, TOY MOTORIZED VEHICLES, RIDE-ON TOYS, PLAYPENS, PORTABLE PLAYPENS, BABY TRAVEL SYSTEMS, PLAY YARDS AND BEDS FOR CHILDREN, BED LINEN, COMFORTERS, PILLOW CASES, RUGS, WALL PAPER, SWINGS AND BOUNCERS, DIAPER BAGS AND CARRIERS, BATH PRODUCTS AND BIBS; RETAIL STORE AND ON-LINE RETAIL STORE SERVICES ALL FEATURING, PENS, PAPER, CRAYONS, STATIONERY, SCHOOL SUPPLIES, ARTIST SUPPLIES, STICKERS, COLORING BOOKS, PUZZLE BOOKS, KNAPSACKS, SCHOOL BAGS, SPORTS BAGS, GIFT CARDS AND GIFT WRAP; GIFT REGISTRY SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).



David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 3,859,458** FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

OWNER OF U.S. REG. NOS. 2,362,269, 2,364,575 AND OTHERS.

THE COLOR(S) RED, ORANGE, GREEN, BLUE AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "TOYSRUS" WITH A BACKWARDS LETTER "R" IN BLUE WITH A WHITE STAR DESIGN IN THE CENTER WITH THE LETTER "T" IN RED, THE LETTER "O" IN ORANGE, THE LETTER "Y" IN GREEN" THE LETTER "S" IN RED, THE LETTER "U" IN GREEN AND THE LETTER "S" IN RED.

SER. NO. 77-881,922, FILED 11-30-2009.

MICHAEL WEBSTER, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,364,201**

## United States Patent and Trademark Office

**Registered July 4, 2000**

### SERVICE MARK
### PRINCIPAL REGISTER

### TOYS "R" US

GEOFFREY, INC. (DELAWARE CORPORATION)
2002 WEST 14TH STREET
WILMINGTON, DE 19806

FOR: RETAIL DEPARTMENT STORE SERVICES,
IN CLASS 35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 0–0–1960; IN COMMERCE 0–0–1960.
OWNER OF U.S. REG. NOS. 902,125, 2,271,828
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT
TO USE "TOYS", APART FROM THE MARK AS
SHOWN.

SER. NO. 75–662,997, FILED 3–18–1999.

GERALD C. SEEGARS, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

United States Patent and Trademark Office

**Reg. No. 2,019,153**

Registered Nov. 26, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

## TOYS "R" US

GEOFFREY, INC. (DELAWARE CORPORA-
TION)
2002 WEST 14TH STREET
WILMINGTON, DE 19806

FOR: ON LINE RETAIL STORE SERVICES
FEATURING COMPUTER RELATED PROD-
UCTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8–14–1995; IN COMMERCE
8–14–1995.
OWNER OF U.S. REG. NOS. 902,125, 1,399,419
AND OTHERS.

SER. NO. 75–023,624, FILED 11–22–1995.

GERALD C. SEEGARS, EXAMINING ATTOR-
NEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**Reg. No. 2,019,153**

**United States Patent and Trademark Office**   Registered Nov. 26, 1996

## SERVICE MARK
## PRINCIPAL REGISTER

## TOYS "R" US

GEOFFREY, INC. (DELAWARE CORPORA-
TION)
2002 WEST 14TH STREET
WILMINGTON, DE 19806

FOR: ON LINE RETAIL STORE SERVICES
FEATURING COMPUTER RELATED PROD-
UCTS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8–14–1995; IN COMMERCE
8–14–1995.
OWNER OF U.S. REG. NOS. 902,125, 1,399,419
AND OTHERS.

SER. NO. 75–023,624, FILED 11–22–1995.

GERALD C. SEEGARS, EXAMINING ATTOR-
NEY

Int. Cl.: 42

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,215,353
Registered Nov. 2, 1982

### SERVICE MARK
### Principal Register

# TOYS "Я" US

Toys "R" Us, Inc. (Delaware corporation)
395 W. Passaic St.
Rochelle Park, N.J. 07662

For: RETAIL DEPARTMENT STORE SER-
VICES, in CLASS 42 (U.S. Cl. 101).
First use 1960; in commerce 1960.

Ser. No. 290,146, filed Dec. 17, 1980.

E. P. HARAB, Primary Examiner

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,724,925**  GEOFFREY, LLC (DELAWARE LIMITED LIABILITY COMPANY)
Registered Dec. 15, 2009  ONE GEOFFREY WAY
WAYNE, NJ 07470

**Int. Cl.: 35**  FOR: RETAIL STORE AND ON-LINE RETAIL STORE SERVICES ALL FEATURING TOYS,
GAMES, PLAYTHINGS, NATURAL WOODEN TOYS, NATURAL PLUSH ANIMALS, OR-
GANIC COTTON DOLLS, DOLLS, DOLL HOUSES, DOLL ACCESSORIES, DOLL HOUSE
**SERVICE MARK**  FURNITURE, FURNITURE, CLOTHING, BABY CLOTHING, CHILDREN'S CLOTHING,
**PRINCIPAL REGISTER**  MATERNITY CLOTHING, OUTDOOR TOYS, PLAY SETS, SANDBOXES, PLAY SWIMMING
POOLS, SWIMMING AIDS, POOL RINGS, LIFE JACKETS AND ARM FLOATS FOR RECRE-
ATIONAL USE, OUTDOOR PLAY SETS, SPORTING GOODS AND EQUIPMENT, ROLLER
SKATES, IN-LINE SKATES, TOY CARS, TOYS TRUCKS, TOY AIRPLANES, TOY VEHICLE
PLAY SETS, TOY RACE TRACKS, TOY ACTION FIGURES AND PLAY SETS, TOY
ACTIVITY TABLES FOR CHILDREN WITH STORAGE, TOY BOXES, BOARD GAMES,
HAND-HELD ELECTRONIC GAMES, PUZZLES, DOLLS, DOLL ACCESSORIES, PLUSH
TOYS, EDUCATIONAL TOYS, MICROSCOPES, TELESCOPES, BINOCULARS, SCIENCE
EXPERIMENT KITS, NATURE KITS, MAGIC SETS, REMOTE CONTROL VEHICLES AND
TOYS; RETAIL STORE AND ON-LINE RETAIL STORE SERVICES ALL FEATURING DRESS-
UP SETS, HALLOWEEN COSTUMES, BOOKS, CASSETTES, VIDEOS, CDS, DVDS, PORT-
ABLE DIGITAL MEDIA PLAYERS, MUSICAL INSTRUMENTS, TOY MUSICAL INSTRU-
MENTS AND MICROPHONES, COMPUTERS, TOY COMPUTERS, EDUCATIONAL COM-
PUTERS, COMPUTER AND VIDEO GAMES, COMPUTER AND VIDEO GAME CONSOLES
AND ACCESSORIES, HOME AND CAR ELECTRONICS, BABY SAFETY ITEMS, BABY
MONITORS, HUMIDIFIERS, VAPORIZERS, BABY FOOD AND FORMULA, FOOD,
BEVERAGES, UTENSILS AND ACCESSORIES; RETAIL STORE AND ON-LINE RETAIL
STORE SERVICES ALL FEATURING DIAPERS, MEDICINE, SKIN AND HAIR CARE
PRODUCTS, BEDDING AND ROOM DECOR, BABY FURNITURE, CHILDREN'S FURNITURE,
ADULT FURNITURE, ROCKING CHAIRS, LAMPS, LIGHT FIXTURES, SAFETY GATES,
SAFETY NIGHT LIGHTS, REAR VIEW MIRROR ATTACHMENTS, CAR SEATS, HIGH
CHAIRS, STEP STOOLS, BOOSTER SEATS, CARRIAGES AND STROLLERS; RETAIL STORE
AND ON-LINE RETAIL STORE SERVICES ALL FEATURING BICYCLES, TRICYCLES,
TOY MOTORIZED VEHICLES, RIDE-ON TOYS, PLAYPENS, PORTABLE PLAYPENS, BABY
TRAVEL SYSTEMS, PLAY YARDS AND BEDS FOR CHILDREN, BED LINEN, COMFORT-
ERS, PILLOW CASES, RUGS, WALL PAPER, SWINGS AND BOUNCERS, DIAPER BAGS
AND CARRIERS, BATH PRODUCTS AND BIBS; RETAIL STORE AND ON-LINE RETAIL
STORE SERVICES ALL FEATURING, PENS, PAPER, CRAYONS, STATIONERY, SCHOOL
SUPPLIES, ARTIST SUPPLIES, STICKERS, COLORING BOOKS, PUZZLE BOOKS, KNAP-
SACKS, SCHOOL BAGS, SPORTS BAGS, GIFT CARDS AND GIFT WRAP; GIFT REGISTRY
SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).



FIRST USE 9-30-2007; IN COMMERCE 9-30-2007.

Director of the United States Patent and Trademark Office

OWNER OF U.S. REG. NOS. 2,362,269, 2,364,575 AND OTHERS.

**Reg. No. 3,724,925**  THE MARK CONSISTS OF THE WORDS "TOYSRUS" WITH A BACKWARDS LETTER "R"
WITH A STAR DESIGN IN THE CENTER.

SER. NO. 77-714,904, FILED 4-15-2009.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,362,269

**United States Patent and Trademark Office**    Registered June 27, 2000

### SERVICE MARK
### PRINCIPAL REGISTER



GEOFFREY, INC. (DELAWARE CORPORATION)
2002 WEST 14TH STREET
WILMINGTON, DE 19806

FOR: RETAIL DEPARTMENT STORE SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).
FIRST USE 7–0–1999; IN COMMERCE 7–0–1999.
OWNER OF U.S. REG. NOS. 902,125, 2,271,828 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''TOYS'', APART FROM THE MARK AS SHOWN.

SER. NO. 75–786,109, FILED 8–26–1999.

GERALD C. SEEGARS, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Amended

Reg. No. 902,125
Registered Nov. 10, 1970
OG Date Oct. 23, 1990

## TRADEMARK
### PRINCIPAL REGISTER

# TOYS'Я'US

GEOFFREY, INC. (DELAWARE CORPO-
RATION)
2002 W. 14TH STREET
WILMINGTON, DE 19806, ASSIGNEE BY
MESNE ASSIGNMENT AND MERG-
ER CHILDREN'S SUPERMART, INC.
(D.C. CORPORATION) BELTSVILLE,
MD

NO CLAIM OF EXCLUSIVE RIGHT IS
MADE OF THE WORD "TOYS" APART
FROM THE MARK AS SHOWN.

FOR: GENERAL LINE OF CHIL-
DREN'S TOYS AND TOY NOVELTIES,
IN CLASS 22 (INT. CL. 28).

FIRST USE 0–0–1960; IN COMMERCE
0–0–1960.

SER. NO. 72–320,104, FILED 3–19–1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 23, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 902,125
Registered Nov. 10, 1970
Renewal Approved Nov. 20, 1990

## TRADEMARK
## PRINCIPAL REGISTER

# TOYS "R" US

GEOFFREY, INC. (DELAWARE CORPO-
RATION)
2002 W. 14TH STREET
WILMINGTON, DE 19806, ASSIGNEE BY
MESNE ASSIGNMENT AND MERG-
ERS WITH CHILDREN'S SUPER-
MART, INC. (D.C. CORPORATION)
BELTSVILLE, MD

NO CLAIM OF EXCLUSIVE RIGHT IS
MADE OF THE WORD "TOYS" APART
FROM THE MARK AS SHOWN.

FOR: GENERAL LINE OF CHIL-
DREN'S TOYS AND TOY NOVELTIES,
IN CLASS 22 (INT. CL. 28).
FIRST USE 0-0-1960; IN COMMERCE
0-0-1960.

SER. NO. 72-320,104, FILED 3-19-1969.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 1, 1991.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**902,125**
**Registered Nov. 10, 1970**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 320,104, filed Mar. 19, 1969



Children's Supermart, Inc. (District of Columbia corporation)
10700 Tucker St.
Beltsville, Md.   20705

For: GENERAL LINE OF CHILDREN'S TOYS AND TOY NOVELTIES, in CLASS 22 (INT. CL. 28).

First use as early as 1960; in commerce as early as 1960.

No claim of exclusive right is made of the word "Toys" apart from the mark as shown.

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,063,369**

United States Patent and Trademark Office    Registered May 20, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## TOYS "R" US

GEOFFREY, INC. (DELAWARE CORPORA-
TION)
2002 WEST 14TH STREET
WILMINGTON, DE 19806

FOR: CREDIT CARD SERVICES, IN CLASS
36 (U.S. CLS. 100, 101 AND 102).
FIRST    USE    9-0-1995;    IN    COMMERCE
9-0-1995.

OWNER OF U.S. REG. NOS. 902,125, 2,019,153
AND OTHERS.

SER. NO. 75-126,558, FILED 6-27-1996.

JOHN SCHUYLER YARD, EXAMINING AT-
TORNEY

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

Reg. No. 2,758,567

United States Patent and Trademark Office      Registered Sep. 2, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## TOYS "R" US

GEOFFREY, INC. (DELAWARE CORPORATION)
461 FROM ROAD
PARAMUS, NJ 07652

OWNER OF U.S. REG. NOS. 902,125, 2,019,153 AND
OTHERS.

FOR: TRUCK HAULING, IN CLASS 39 (U.S. CLS.
100 AND 105).

SER. NO. 76-453,343, FILED 9-27-2002.

FIRST USE 0-0-1963; IN COMMERCE 0-0-1963.

KARAN CHHINA, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**United States Patent and Trademark Office**

**Reg. No. 2,370,396**

**Registered July 25, 2000**

## SERVICE MARK
### PRINCIPAL REGISTER

## TOYSRUS.COM

GEOFFREY, INC. (DELAWARE CORPORATION)
461 FROM ROAD
PARAMUS, NJ 07652

FOR: ON-LINE RETAIL DEPARTMENT STORE
SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 12–14–1996; IN COMMERCE
12–14–1996.

SER. NO. 75–639,021, FILED 2–11–1999.

ESTHER A. BORSUK, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,003,574
Registered Oct. 4, 2005

## SERVICE MARK
## PRINCIPAL REGISTER

## TOYS "R" US TOY BOX

GEOFFREY, INC. (DELAWARE CORPORATION)
ONE GEOFFREY WAY
WAYNE, NJ 07470

FOR: RETAIL STORE SERVICES IN A SECTION OF A FOOD STORE FEATURING A VARIETY OF CONSUMER GOODS, NAMELY, TOYS, GAMES, SPORTING GOODS, ARTS AND CRAFTS GOODS, COSTUMES, BASKETS, KITES, MUSICAL TOYS, INFLATABLE POOLS AND BICYCLES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-9-2001; IN COMMERCE 8-9-2001.

OWNER OF U.S. REG. NOS. 902,125, 2,446,213 AND OTHERS.

SER. NO. 78-272,088, FILED 7-9-2003.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Reg. No. 2,797,686
Registered Dec. 23, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

## TOYS "R" US

GEOFFREY, INC. (DELAWARE CORPORATION)
461 FROM ROAD
PARAMUS, NJ 07652

FOR: CHARITABLE FUND RAISING AND
CHARITABLE GRANTMAKING SERVICES, IN
CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1992.

OWNER OF U.S. REG. NOS. 902,125, 2,446,213 AND
OTHERS.

SER. NO. 78-195,423, FILED 12-17-2002.

TARAH HARDY, EXAMINING ATTORNEY



# TOYS R US PETS

| | |
|---|---|
| **Reg. No. 4,176,651** | GEOFFREY, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered July 17, 2012** | ONE GEOFFREY WAY<br>WAYNE, NJ 07470 |
| **Int. Cl.: 28** | FOR: PET TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | FIRST USE 5-7-2012; IN COMMERCE 5-7-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-<br>TICULAR FONT, STYLE, SIZE, OR COLOR. |

OWNER OF U.S. REG. NOS. 2,970,366, 3,815,634, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PETS", APART FROM THE MARK AS SHOWN.

SN 85-280,842, FILED 3-30-2011.

KAELIE KUNG, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

### The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

### United States Patent and Trademark Office

# TOYS R US WORLD

**Reg. No. 6,915,344**

**Registered Dec. 06, 2022**

**Int. Cl.: 25, 35, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Tru Kids Inc.  (DELAWARE CORPORATION)
530 Fifth Avenue, 25th Floor
New York, NEW YORK 10036

CLASS 25: Clothing, namely, shirts, dresses, blouses, pants, shorts, sweatshirts, jackets, bathing suits, socks, belts, gloves, pajamas, and underwear; footwear; headgear being headwear

CLASS 35: Business management for retail shops; the bringing together, for the benefit of others, of a variety of goods, namely, non-medicated toiletries, books, children's storybooks, children's activity books, arts and craft paint kits, arts and crafts and modelling equipment, toys, games including board games and card games and electronic games, playthings, jigsaw puzzles, action figures, dolls, clothing, headwear, footwear, sporting articles and equipment, children's playground apparatus, playhouses for children, indoor play apparatus for children, play apparatus for use in children's nurseries, children's riding vehicles, bicycles, toy scooters, protective helmets for children, electronic game software for handheld electronic devices, electronic musical apparatus and instruments, electronic communications instruments, electronic educational game machines for children, electronic games for the teaching of children, children's educational software, science sets for children being instructional and teaching apparatus, furniture, nursery furniture, car safety seats for children, vehicle safety belts for children, strollers, covers for baby strollers, bags, baby changing mats, babies' potties, sleeping bags for babies, sleeping bags for children, cot sheets and dummies, enabling customers to conveniently view and purchase those goods from a retail store, from a catalogue, by mail order, from a catalogue by means of telecommunications or from an Internet website

CLASS 41: Entertainment services, namely, amusement park services and theme park services

CLASS 43: Hotel and restaurant services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 18441723, FILED 03-30-2021, REG. NO. 18441723, DATED 07-31-2021, EXPIRES 03-30-2031



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



No claim is made to the exclusive right to use the following apart from the mark as shown: "TOYS"

SER. NO. 90-656,928, FILED 04-20-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TOYS R US STUDIOS

**Reg. No. 6,915,345**

**Registered Dec. 06, 2022**

**Int. Cl.: 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Tru Kids Inc. (DELAWARE CORPORATION)
530 Fifth Avenue, 25th Floor
New York, NEW YORK 10036

CLASS 25: Clothing, namely, shirts, dresses, blouses, pants, shorts, sweatshirts, jackets, bathing suits, socks, belts, gloves, pajamas, and underwear; footwear; headgear being headwear

CLASS 41: Entertainment services, namely, amusement park services and theme park services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 18441730, FILED 03-30-2021, REG. NO. 18441730, DATED 07-29-2021, EXPIRES 03-30-2031

No claim is made to the exclusive right to use the following apart from the mark as shown: "STUDIOS"

SER. NO. 90-656,931, FILED 04-20-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# TOYS R US TV

**Reg. No. 6,915,346**

**Registered Dec. 06, 2022**

**Int. Cl.: 25, 41**

**Service Mark**

**Trademark**

**Principal Register**

Tru Kids Inc. (DELAWARE CORPORATION)
530 Fifth Avenue, 25th Floor
New York, NEW YORK 10036

CLASS 25: Clothing, namely, shirts, dresses, blouses, pants, shorts, sweatshirts, jackets, bathing suits, socks, belts, gloves, pajamas, and underwear; footwear; headgear being headwear

CLASS 41: Entertainment services, namely, amusement park services and theme park services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 18441734, FILED 03-30-2021, REG. NO. 18441734, DATED 07-29-2021, EXPIRES 03-30-2031

No claim is made to the exclusive right to use the following apart from the mark as shown: "TV"

SER. NO. 90-656,933, FILED 04-20-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# TOYS R US LAND

**Reg. No. 6,915,347**
**Registered Dec. 06, 2022**
**Int. Cl.: 25, 35, 41, 43**
**Service Mark**
**Trademark**
**Principal Register**

Tru Kids Inc. (DELAWARE CORPORATION)
530 Fifth Avenue, 25th Floor
New York, NEW YORK 10036

CLASS 25: Clothing, namely, shirts, dresses, blouses, pants, shorts, sweatshirts, jackets, bathing suits, socks, belts, gloves, pajamas, and underwear; footwear; headgear being headwear

CLASS 35: Business management for retail shops; the bringing together, for the benefit of others, of a variety of goods, namely, non-medicated toiletries, books, children's storybooks, children's activity books, arts and craft paint kits, arts and crafts and modelling equipment, toys, games including board games and card games and electronic games, playthings, jigsaw puzzles, action figures, dolls, clothing, headwear, footwear, sporting articles and equipment, children's playground apparatus, playhouses for children, indoor play apparatus for children, play apparatus for use in children's nurseries, children's riding vehicles, bicycles, toy scooters, protective helmets for children, electronic game software for handheld electronic devices, electronic musical apparatus and instruments, electronic communications instruments, electronic educational game machines for children, electronic games for the teaching of children, children's educational software, science sets for children being instructional and teaching apparatus, furniture, nursery furniture, car safety seats for children, vehicle safety belts for children, strollers, covers for baby strollers, bags, baby changing mats, babies' potties, sleeping bags for babies, sleeping bags for children, cot sheets and dummies, enabling customers to conveniently view and purchase those goods from a retail store, from a catalogue, by mail order, from a catalogue by means of telecommunications or from an Internet website

CLASS 41: Entertainment services, namely, amusement park services and theme park services

CLASS 43: Hotel and restaurant services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 18441726, FILED 03-30-2021, REG. NO. 18441726, DATED 07-31-2021, EXPIRES 03-30-2031



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



No claim is made to the exclusive right to use the following apart from the mark as shown: "TOYS"

SER. NO. 90-656,934, FILED 04-20-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# TOYS R US PARK

**Reg. No. 6,915,348**

**Registered Dec. 06, 2022**

**Int. Cl.: 25, 35, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Tru Kids Inc. (DELAWARE CORPORATION)
530 Fifth Avenue, 25th Floor
New York, NEW YORK 10036

CLASS 25: Clothing, namely, shirts, dresses, blouses, pants, shorts, sweatshirts, jackets, bathing suits, socks, belts, gloves, pajamas, and underwear; footwear; headgear being headwear

CLASS 35: Business management for retail shops; the bringing together, for the benefit of others, of a variety of goods, namely, non-medicated toiletries, books, children's storybooks, children's activity books, arts and craft paint kits, arts and crafts and modelling equipment, toys, games including board games and card games and electronic games, playthings, jigsaw puzzles, action figures, dolls, clothing, headwear, footwear, sporting articles and equipment, children's playground apparatus, playhouses for children, indoor play apparatus for children, play apparatus for use in children's nurseries, children's riding vehicles, bicycles, toy scooters, protective helmets for children, electronic game software for handheld electronic devices, electronic musical apparatus and instruments, electronic communications instruments, electronic educational game machines for children, electronic games for the teaching of children, children's educational software, science sets for children being instructional and teaching apparatus, furniture, nursery furniture, car safety seats for children, vehicle safety belts for children, strollers, covers for baby strollers, bags, baby changing mats, babies' potties, sleeping bags for babies, sleeping bags for children, cot sheets and dummies, enabling customers to conveniently view and purchase those goods from a retail store, from a catalogue, by mail order, from a catalogue by means of telecommunications or from an Internet website

CLASS 41: Entertainment services, namely, amusement park services and theme park services

CLASS 43: Hotel and restaurant services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 18441724, FILED 03-30-2021, REG. NO. 18441724, DATED 07-31-2021, EXPIRES 03-30-2031



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



No claim is made to the exclusive right to use the following apart from the mark as shown: "TOYS" AND "PARK"

SER. NO. 90-656,938, FILED 04-20-2021

> ## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: **42**

Prior U.S. Cl.: **101**

## United States Patent and Trademark Office

**Reg. No. 1,287,473**
Registered Jul. 24, 1984

### SERVICE MARK
Principal Register



Toys "R" Us, Inc. (Delaware corporation)
395 W. Passaic St.
Rochelle Park, N.J. 07662

For: RETAIL DEPARTMENT STORE SERVICES, in CLASS 42 (U.S. Cl. 101).
First use Apr. 1971; in commerce May 1971.
Owner of U.S. Reg. Nos. 966,439, 1,014,065 and others.

Ser. No. 429,052, filed Jun. 6, 1983.

MARY I. SPARROW, Examining Attorney

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Amended

Reg. No. 1,287,473
Registered July 24, 1984
OG Date June 25, 1996

## SERVICE MARK
## PRINCIPAL REGISTER



GEOFFREY, INC. (DELAWARE CORPO-
RATION)
2002 WEST 14TH STREET
WILMINGTON, DE 19806, ASSIGNEE OF
TOYS "R" US, INC. (DELAWARE
CORPORATION) ROCHELLE PARK,
NJ

OWNER OF U.S. REG. NOS. 966,439,
1,014,065 AND OTHERS.

FOR: RETAIL DEPARTMENT STORE
SERVICES, IN CLASS 42 (U.S. CL. 101).
FIRST USE 4–0–1971; IN COMMERCE
5–0–1971.

SER. NO. 73–429,052, FILED 6-6-1983.

*In testimony whereof I have hereunto set my hand*
*and caused the seal of The Patent and Trademark*
*Office to be affixed on June 25, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS